IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THRIVEST LEGAL FUNDING, LLC,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>DANIEL GILBERG,<br><br>　　　　　*Defendant*. | CIVIL ACTION<br>NO. 16–03931 |

## **ORDER**

**AND NOW**, this 3rd day of April, 2017, upon consideration of Defendant's Motion to Dismiss, (ECF No. 6), Plaintiff's Response, (ECF No. 7), and Defendant's Reply, (ECF No. 8), it is hereby **ORDERED** that the Motion is **DENIED**.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　***/s/ Gerald J. Pappert***
　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.